# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MATTHEW COCKBURN**  **PLAINTIFF**
**ADC #173568**

v.                              **CASE NO. 2:21-CV-00035-BSM**

**CHRIS BUDNIK,** *et al.*  **DEFENDANTS**

## ORDER

After carefully reviewing United States Magistrate Judge Joe J. Volpe's proposed findings and recommendations (RD) [Doc. No. 6] and the entire record, the RD is adopted. Matthew Cockburn may proceed with his failure to protect claim against Toni Shockey. Defendants Chris Budnik, Lynda Dykes, Percy Armauld, Lee, and Seager are dismissed without prejudice because Cockburn has failed to state a plausible claim against them. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE