IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW COCKBURN**                                                              **PLAINTIFF**
*ADC #173568*

v.                                  CASE NO. 2:21-CV-00035-BSM

**CHRIS BUDNIK, Warden**
**Delta Regional Unit, ADC;** *et al.*                                            **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 24] is adopted. Defendant Tony Shockey's motion for summary judgment [Doc. No. 21] is granted and Matthew Cockburn's lawsuit is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE