IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW COCKBURN**  **PLAINTIFF**
*ADC #173568*

v.  CASE NO. 2:21-CV-00035-BSM

**CHRIS BUDNIK, Warden**
**Delta Regional Unit, ADC;** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE